# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,  Plaintiff(s),  v.  SMART BALANCE, INC.,  Defendant(s). | Civil Action No.: 09-996 (JLL)  **O R D E R** |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this 9th day of DECEMBER, 2009;**

**ORDERED**, that this action be and hereby is dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated.

_____
JOSE L. LINARES, U.S.D.J.